# Court of Appeals
# of the State of Georgia

ATLANTA, December 10, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0398.  SCOTT v. THE STATE.**

It appearing that the record in this case is incomplete in that certain transcripts were not available when the notice of appeal was filed, Appellant Scott's motion to remand is hereby granted for the purpose of completing the record.  Accordingly, it is hereby ordered that the case be remanded to the trial court.  It is further ordered, that upon the filing of all requested transcripts in the Superior Court of Toombs County, the Clerk of the Superior Court of Toombs County shall transmit the balance of the record and all transcripts to this Court for re-docketing.  See generally *Galardi v. Steele-Inman*, 259 Ga. App. 249 (576 SE2d 555) (2002); Court of Appeals Rule 11 (d).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/10/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



*, Clerk.*